UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. COVELLO, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-1356 AC P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file the consent or decline to consent to Magistrate Judge jurisdiction.  Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for extended time, ECF No. 6, is granted; and

　　2. Plaintiff is granted up to and including October 7, 2020 within which to file his consent or decline to consent to Magistrate Judge jurisdiction.

DATED: July 28, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE