UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON ERIK SCHMAUS,

          Plaintiff,

   v.

P. COVELLO, et al.,

          Defendants.

No.  2:20-cv-1356 DAD AC P

ORDER

     Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff alleges that his First Amendment right to be free from retaliation was violated by defendant Smith.  ECF No. 1 at 4-5.

     On October 3, 2022, defendants filed a motion to opt out of the post-screening ADR Project.  ECF No. 40.  After reviewing the motion, the court finds good cause to grant it.

     Accordingly, IT IS HEREBY ORDERED that:

     1.  Defendants' motion to opt out (ECF No. 40) is GRANTED, and the stay of this action (see ECF No. 34) is LIFTED, and

     2.  Within thirty days from the date of this order, defendants shall file a responsive pleading.

DATED: October 6, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE