UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS,<br><br>    Plaintiff,<br><br>    v.<br><br>P. COVELLO, et al.,<br><br>    Defendants. | No.  2:20-cv-1356 DJC AC P<br><br>ORDER |

    Plaintiff has requested the appointment of counsel. ECF No. 46. In support of the request, plaintiff states that he has been hospitalized close to 20 months in the last three years. Id.

    The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (ECF No. 46) is DENIED.

DATED: June 12, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE