UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS, | No. 2:20-cv-1356 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| P. COVELLO, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a sixty-day extension of time to file pretrial motions. ECF No. 51. Pretrial motions in this matter are currently due August 9, 2023. See ECF No. 49 (order modifying discovery and scheduling order).

In support of the motion, plaintiff states that currently, he has difficulty writing; that he has been transferred to a different prison; that he is waiting for spine surgery; and that in June 2023, he was separated from his property due to his placement in administrative segregation. ECF No. 51.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a sixty-day extension of time to file pretrial motions (ECF No. 51) is GRANTED, and

////

////

1

2. Pretrial motions in this case are now due October 9, 2023.  All directives stated in the original discovery and scheduling order (see ECF No. 43) are to remain in full force and effect.

**The parties are cautioned that absent exigent circumstances, no further requests to modify the discovery and scheduling order will be granted**.

DATED: July 28, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE