UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS,<br><br>                Plaintiff,<br><br>       v.<br><br>P. COVELLO, et al.,<br><br>                Defendants. | No.  2:20-cv-1356 DJC AC P<br><br><br>ORDER |

   Plaintiff has filed a motion for a sixty-day extension of time to file an opposition to defendant's motion for summary judgment.

   Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time (ECF No. 54) is GRANTED; and

   2. Plaintiff shall have sixty days from the service of this order in which to file an opposition to defendant's motion for summary judgment.

DATED: November 3, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1