UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS, | No. 2:20-cv-1356 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| P. COVELLO, et al., | |
| Defendants. | |

On October 10, 2023, defendant filed a motion for summary judgment. ECF No. 53. Plaintiff was granted a sixty-day extension of time to file a response (ECF No. 55), and that time has now expired without plaintiff filing an opposition or otherwise responding to the motion. Plaintiff shall be provided one final opportunity to respond to the motion for summary judgment.

Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 22, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1