UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS,<br><br>    Plaintiff,<br><br>    v.<br><br>P. COVELLO, et al.,<br><br>    Defendants. | No.  2:20-cv-1356 DJC AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested a fifteen-day extension of time to file an opposition to defendant's motion for summary judgment. ECF No. 57. He asserts that after a riot on the facility where he is housed, he was separated from his property, including his response to the motion for summary judgment. Id. at 3. Custody staff are currently trying to locate plaintiff's legal work, and he is in the process of redrafting the response in case it is not located. Id. at 3-4. Good cause appearing, the motion will be granted. However, plaintiff has already been granted two extensions of time to file his opposition: a sixty-day extension on plaintiff's motion and a twenty-one-day extension after plaintiff failed to file a response. ECF Nos. 55, 56. In light of these prior extensions, plaintiff is cautioned that no additional extensions will be granted absent extraordinary circumstances.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 57) is GRANTED; and

2. Plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition within fifteen days after the service of this order. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute.

DATED: February 27, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE