UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS, | No. 2:20-cv-1356 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| P. COVELLO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. By findings and recommendations filed April 2, 2024, the undersigned recommended that this action be dismissed for failure to prosecute after plaintiff failed to submit a response to defendant's motion for summary judgment after receiving multiple extensions of time. ECF No. 59. Plaintiff has filed objections stating that he submitted a trust withdrawal to pay for mailing the opposition on March 17, 2024, and requests forty-five days to produce evidence that he mailed his opposition or to re-submit his opposition. ECF No. 60. Defendant has not responded to the objections.

In light of plaintiff's representation that he submitted his opposition to the motion for summary judgment on or around March 17, 2024, the April 2, 2024 findings and recommendations will be withdrawn and plaintiff will be given a final opportunity to re-submit a copy of his opposition. Failure to file a response will result in a recommendation that this action be dismissed without further warning.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The April 2, 2024 findings and recommendations (ECF No. 59) are WITHDRAWN.

2. Within twenty-one days of the service of this order, plaintiff shall file a response to defendant's motion for summary judgment. Failure to file a response will result in a recommendation that this action be dismissed without further warning.

DATED: May 20, 2024

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE